## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff* | }<br>}<br>} |
| VS. | }    DOCKET NO. 1:19-CR-00042-WES |
| NESTOR CONCEPCION | }    **ORDER** |
| *Defendant* | |

The Defendant, Nestor Concepcion filed a Motion to Amend or Correct his sentence, on March 17th, 2020. The Court granted the motion to correct the sentence on April 6th, 2020. The Defendant filed a Petition for Writ of Habeas Corpus under U.S.C § 2241, which was heard telephonically on April 24th, 2020 and after hearing thereon, this Honorable Court has ordered that the Defendant Nestor Concepcion to be released immediately from the custody of the Adult Correctional Institute.

The Court has granted the Defendants Petition for Writ of Habeas Corpus, because he has completed the sentence that was originally imposed on November 9th, 2019. Since he has completed that sentence he should be released immediately from the Rhode Island Adult Correctional Institute.

The Clerk's office is directed to provide a copy of this Order to the United States Attorney William Ferland and the United States Marshal's Service, U.S. Bureau of Prisons so that a copy can be provided to the Rhode Island Adult Correctional Institute, for the Defendants immediate release.

**IT IS SO ORDERED.**

Dated this 24th day of April, 2020.

/s/ William E. Smith
United States District Court Judge
for the District of Rhode Island